No. 85–88. PAULUSSEN *v.* HERION, 475 U. S. 557. Motion of appellee to retax costs denied. JUSTICE BLACKMUN would grant this motion.

No. 85–495. ANSONIA BOARD OF EDUCATION ET AL. *v.* PHILBROOK ET AL. C. A. 2d Cir. [Certiorari granted, 474 U. S. 1080.] Motion of The Rutherford Institute of Alabama et al. for leave to file a brief as *amici curiae* granted.

No. 85–608. ILLINOIS *v.* KRULL ET AL. Sup. Ct. Ill. [Certiorari granted, 475 U. S. 1080.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 85–1033. KELLY, CONNECTICUT CHIEF STATE'S ATTORNEY, ET AL. *v.* ROBINSON. C. A. 2d Cir. [Certiorari granted, 475 U. S. 1009.] Motion of National Governors' Association et al. for leave to file a brief as *amici curiae* granted.

No. 85–1529. GRUMMAN AEROSPACE CORP. *v.* SHAW. C. A. 11th Cir.; and
No. 85–1623. ISLAMIC REPUBLIC OF IRAN ET AL. *v.* BOEING CO. ET AL. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 85–6823. IN RE THAPER. Petition for writ of mandamus denied.

No. 85–1208. FALL RIVER DYEING & FINISHING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted.

No. 85–1347. PENNSYLVANIA *v.* RITCHIE. Sup. Ct. Pa. Certiorari granted.

No. 85–1384. TURNER ET AL. *v.* SAFLEY ET AL. C. A. 8th Cir. Certiorari granted.

No. 85–1589. IOWA MUTUAL INSURANCE CO. *v.* LAPLANTE ET AL. C. A. 9th Cir. Certiorari granted.

No. 85–1259. TULL *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition.